UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY DOCKET UNIT
2017 JUN 23  AM 10: 44

Andre Durham

17 cv 2803 (CM)

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

New York City, P.O. Michael Snow, Shield No. 13691, P.O. Patrick Daly, Shield No. 4322,

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-22-17

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☑ Other: New York Const., Art 1 § 6 & 12

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Andre                  F                  Durham
First Name         Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

TRN# 15A4243
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Upstate Correctional Facility
Current Place of Detention

309 Bare Hill Road P.O. Box 2001
Institutional Address

Malone               NY              12953
County, City         State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: _Michael_ _Snow_ _13691_
First Name        Last Name        Shield #

_Police Officer (NYPD)_
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City        State        Zip Code

Defendant 2: _Patrick_ _Daly_ _4322_
First Name        Last Name        Shield #

_Police Officer (NYPD)_
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City        State        Zip Code

Defendant 3: _____
First Name        Last Name        Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City        State        Zip Code

Defendant 4: _____
First Name        Last Name        Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City        State        Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: ON THE CORNER OF EAST 125th STREET AND LEXINGTON AVENUE, NEW YORK COUNTY

Date(s) of occurrence: OCTOBER 21, 2014, AT 10:45 PM

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON OCTOBER 21, 2014, AT 10:45 PM, ON THE CORNER OF EAST 125th STREET AND LEXINGTON AVENUE, POLICE OFFICER MICHAEL SHOUM NOTICED ME, THE PLAINTIFF, ANDRE DURHAM WAS STANDING IN A DOORWAY CLEANING MY FINGERNAILS WITH A KNIFE. I WAS FURTHER APPROACHED BY OFFICER SHOUM WITH HIM ASKING ME "WHAT IS WITH THE KNIFE", I THEN RESPONDED "I USE IT FOR WORK". OFFICER SHOUM IMMEDIATELY TOOK THE KNIFE AND DETERMINED THAT IT WAS AN ALLEGED GRAVITY KNIFE. I WAS THEN SEARCHED, PAT FRISKED, STRIPPED SEARCHED AND THEN CONFINED SHORTLY AFTER. DUE TO THE FACT I AM A BLACK MALE I WAS RACIALLY PROFILED.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PAIN AND SUFFERING, FALSE IMPRISONMENT, FALSE ARREST, MALICIOUS PROSECUTION, EMOTIONAL DISTRESS, RACIAL PROFILING, DEFORMATION OF CHARACTER, ILLEGAL SEARCH AND SEIZURE, STOP AND FRISK, NEGLIGENCE ETC.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

$2,000,000

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: June 18, 2017

Plaintiff's Signature: Andre F. Durham

First Name: ANDRE
Middle Initial: F
Last Name: DURHAM

Prison Address: UPSTATE CORR. FAC., 309 BARE HILL RD., P.O. BOX 2001

County, City: MALONE
State: NY
Zip Code: 12953

Date on which I am delivering this complaint to prison authorities for mailing: 6/19/17

Page 6

